**UNITED STATES  DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MICHAEL RAY LLOYD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-278** |
| **JOSEPH CAIN, ET AL.** | **SECTION "G"(3)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the captioned matter is **TRANSFERRED** to the United States District Court for the Western District of Louisiana.

New Orleans, Louisiana, this _30th__ day of April, 2015.


_____
**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**